UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRAIRE,<br><br>        Plaintiff,<br><br>  vs.<br><br>AVENAL STATE PRISON<br>MEDICAL STAFF, et al.,<br><br>        Defendants.<br>_____/ | 1:11-cv-00792-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS<br><br>(Doc. 1) |

      Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 16, 2011.[1] Plaintiff neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis. Accordingly, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send plaintiff an in forma pauperis application by a prisoner;

    2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached in forma pauperis application; and

    3.    Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    May 19, 2011                    /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff did not provide an inmate identification number, his address of record is the Solano County Jail.