# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRAIRE, | CASE NO. 1:11-cv-00792-LJO-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO EITHER PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| AVENAL STATE PRISON MEDICAL STAFF, et al., | (Doc. ) |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action on May 16, 2011. Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on May 19, 2011, the Court ordered Plaintiff to do so within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has submitted neither and has not responded to the Court's order to do so, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   July 12, 2011**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE